UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERRY  DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:15-cv-01207-TWP-DKL |
| ) | |
| PENDLETON CORR. FACILITY, ) | |
| BLAKE  THRASHER Ofc. / Prison Guard, ) | |
| A  KRAUS Ofc. Sgt. / Prison Guard, ) | |
| DAVID  MASON Ofc. Lt. /Prison Guard, ) | |
| C.  COOPERIDER, K.  KARKOSKY, ) | |
| D.  ZATECKY, L.  LEDYARD, ) | |
| STATON Lt., RINEHART Sgt., ) | |
| D.  ALSIP, J.  HAMMACK, ) | |
| W.  SCAIFE, OMBUDSMAN, ) | |
| EDWARDS Nurse, FRANCUM, ) | |
| ) | |
| Defendants. ) | |

**Entry Dismissing Duplicative Action**

This action is dismissed without prejudice because it is a duplicative of the claims pending

in another civil action. A lawsuit is duplicative if the "claims, parties, and available relief do not

significantly differ between the two actions." *Serlin v. Arthur Andersen & Co.*, 3 F.3d 221, 223

(7th Cir. 1993) (*quoting Ridge Gold Standard Liquors v. Joseph E. Seagram*, 572 F. Supp. 1210,

1213 (N.D. Ill. 1983) (*citations omitted*)). That is the case here. This civil action is identical in all

material respects to *Davis v. Zatecky,* Case No. 1:15-cv-1206-TWP-TAB. There is no reason for

duplicative lawsuits which drain scarce judicial resources. Accordingly, **this action is dismissed**

**without prejudice**. *See Rizzo v. City of Wheaton, Ill.*, 462 Fed. Appx. 609, 613, 2011 WL 5903823,

3 (7th Cir. 2011) ("District courts have ample discretion to dismiss duplicative litigation. . . .");

*Trippe Mfg. Co. v. Am. Power Conversion Corp.*, 46 F.3d 624, 629 (7th Cir. 1995) ("Federal district courts have the inherent power to administer their dockets so as to conserve scarce judicial resources.")

All pending motions [dkts. 3, 4 and 5] are **denied as moot.**

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date:  8/10/2015

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TERRY  DAVIS
966898
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only